886 A.2d 658

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ROBERT F. GIORDANO, JR., DEFENDANT–
PETITIONER.

November 10, 2005.

Denied.

886 A.2d 659

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RAMON LEON, DEFENDANT–PETITIONER.

November 10, 2005.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale*, 184 *N.J.* 458, 878 *A.*2d 724 (2005).

886 A.2d 659

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. SHAMAR BOONE, DEFENDANT–PETITIONER.

November 17, 2005.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale*, 184 *N.J.* 458, 878 *A.*2d 724 (2005).